STATE OF MINNESOTA

IN SUPREME COURT

ADM 10-8002

FILED

November 14, 2016

OFFICE OF
APPELLATE COURTS

**ORDER PROMULGATING AMENDMENTS**
**TO THE RULES OF THE SUPREME COURT**
**ON LAWYER REGISTRATION**

The State Board of Continuing Legal Education, which has supervisory authority over the Rules of the Supreme Court on Lawyer Registration, *see* Rule 8, Rules on Lawyer Registration, recommends amendments to the Rules on Lawyer Registration that will implement a grace period before a lawyer's license is administratively suspended for nonpayment of registration fees or for failure to submit a completed registration statement. Amendments are also recommended to impose a reinstatement fee after the end of the grace period, in addition to the monetary penalty for a late registration. The Court has considered the proposed amendments and determined that a public comment period is unnecessary and the Board's recommendation should be adopted.

Based on all the files, records, and proceedings herein, and pursuant to the inherent authority of this court to regulate the practice of law,

IT IS HEREBY ORDERED that the Rules of the Supreme Court on Lawyer Registration are amended as shown in the attachment to this order. The Rules as amended are prescribed and promulgated to be effective as of July 1, 2017.

Dated: November 14, 2016        BY THE COURT:

Lorie S. Gildea
Chief Justice

**Rules of the Supreme Court on Lawyer Registration**
**Adopted August 4, 1970**
**With amendments effective July 1, 2017**

## Rule 2.    Registration Fee

\* \* \*

### E.  Due Date; Assessment of Late Penalty.

Fees under this rule are due and payable on or before the first day of January, April, July, or October of each year as requested by the Lawyer Registration Office. The Lawyer Registration Office shall immediately assess a late penalty of $75 on any lawyer or judge who fails to meet this deadline.

\* \* \*

### H.    Penalty for Failure to Comply - Non-Compliant Status - Administrative Suspension.

A lawyer or judge who fails to meet all of the criteria to be on either active or inactive status is placed on non-compliant status, and the right to practice law in this state is automatically suspended on the first day of the month following the due date established by Rule 2E. A lawyer or judge on non-compliant status is not in good standing. A lawyer or judge on non-compliant status must not practice law in this state, must not hold out himself or herself as authorized to practice law, or in any manner represent that he or she is qualified or authorized to practice law while on non-compliant status. Any lawyer or judge who violates this rule is subject to all the penalties and remedies provided by law for the unauthorized practice of law in the State of Minnesota. It is the duty of each judge to enjoin persons who are not on active status from appearing and practicing law in that judge's court.

### I. Reinstatement.

A lawyer or judge who is on non-compliant status, who seeks to be reinstated to active status or inactive status, must (i) notify the Lawyer Registration Office, (ii) complete a lawyer registration statement, (iii) pay all delinquent registration fees, (iv) pay the applicable registration fee for the current year, (v) pay a late the penalty required by Rule 2E plus a reinstatement fee of $75100, (vi) complete all CLE requirements and be transferred to CLE active status, (vii) comply with Rule 1.15(i), MRPC, and (viii) comply with Rule 6 of these rules. The Lawyer Registration Office may, in hardship cases, waive payment of delinquent lawyer registration fees and late penalties. All

late penalty payments are allocated to the Lawyer Registration Office to defray registration costs.

**J.    Waiver of Fees; Allocation of Fee Payments.**
The Lawyer Registration Office may, in hardship cases, waive payment of delinquent lawyer registration fees, late penalties, and reinstatement fees. All late penalty and reinstatement fee payments are allocated to the Lawyer Registration Office to defray registration costs.